A. I. STONE, as Administrator of the Estate of WALTER E. COMSTOCK, Deceased, Respondent, v. UNION PACIFIC RAILROAD COMPANY, a Corporation, Appellant.

No. 1905.   Decided February 9, 1909 (100 Pac. 390).

APPEAL from the Second District Court, Weber County.— *Hon. J. A. Howell,* Judge.

Action to recover damages for the death of plaintiff's intestate, alleged to have been caused by the negligence of the defendant.

From a judgment for plaintiff, the defendant appealed.

REVERSED ON AUTHORITY OF 35 UTAH 305.

*P. L. Williams, Geo. H. Smith* and *John G. Willis* for appellant.

*Messrs. Maginnis & Corn* and *J. H. Devine* for respondent.

FRICK, J.

The facts in this case, the assignment of errors, and the arguments adduced, are practically the same as in the case of *Stone v. U. P. R. Co.* (just decided), 35 Utah 305, 100 Pac. 362. The accident involved in this is the same accident that was involved in that case. The respondent's intestate in this case was the fireman on engine 1661, who was killed in the collision referred to in the preceding case. The engineer and fireman on train 1661 were, under the laws of Wyoming, where the accident occurred, fellow servants, and the law which controls in the one case must therefore control in the other.

Upon the authority of the preceding case the judgment in this case is reversed, and the cause remanded to the district court with directions to grant a new trial; appellant to recover costs on appeal.

McCARTY, J., concurs.   STRAUP, C. J., dissents.